In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00469-CV**

_____

**IN RE K.H.**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator, K.H., has filed a petition for writ of mandamus, challenging an order signed on August 25, 2014, by a visiting judge for the 418th District Court of Montgomery County, appointing the Texas Department of Family and Protective Services as temporary managing conservator of K.H.'s child, N.H. *See* Tex. Fam. Code Ann. § 105.001(a) (West 2014). K.H. contends the trial court abused its discretion in failing to return N.H. to her. The Department argues that the trial court made appropriate findings supported by sufficient evidence presented during the adversary hearing. *See* Tex. Fam. Code Ann. § 262.201(c) (West 2014). After careful review of the relator's petition, the Department's response, and the records

1

submitted by the parties, we conclude that the relator has not established her entitlement to mandamus relief. *See* Tex. R. App. P. 52.8. The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Submitted on November 10, 2014
Opinion Delivered December 11, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.

2